UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAY 13  AM 8: 07

CLERK

BY_____*TML*_____
DEPUTY CLERK

Samantha Grout,

      Plaintiffs,

      v.

AEG Fuels et al,

      Defendants.

Civil Action No. 26–cv–124

## ORDER

On or before May 22, 2026, Plaintiff shall return executed her Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 13th day of May 2026.

Kevin J. Doyle
United States Magistrate Judge