UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Samantha Grout,<br><br>      Plaintiffs,<br><br>      v.<br><br>AEG Fuels et al,<br><br>      Defendants. | Civil Action No. 26–cv–124 |

## **ORDER**

On or before August 19, 2026, Defendants AEG Fuels, Symbiotic Consulting, Allen Lee, and Jay Smith shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 12th day of August 2026.

*/s/ Kevin J. Doyle*_____
Kevin J. Doyle
United States Magistrate Judge